443 F.2d 70
 Elmer H. DUDLEY, Petitioner-Appellant,
v.
Leroy N. STYNCHCOMBE, Respondent-Appellee.
 No. 71-1137.
 United States Court of Appeals, Fifth Circuit.
 June 8, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Sidney O. Smith, Jr., Chief Judge.
 Floyd M. Buford, Macon, Ga., for petitioner-appellant.
 Lewis R. Slaton, Dist. Atty., Atlanta Judicial Circuit, Carter Goode, Tony H. Hight, Asst. Dist. Attys., Atlanta, Ga., for respondent-appellee.
 Before GEWIN, BELL and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966